**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

PEI LICENSING, LLC

      Plaintiff,

         v.                            Civil Action No. 1:24-cv-23116-KMW

MAURICIO MORILLO and
SULA BEACHWEAR CORP.

      Defendants.

                                    /

## <u>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff PEI Licensing, LLC ("PEI"), and Defendants Mauricio Morillo ("Morillo") and Sula Beachwear Corp. ("Sula," jointly with Morillo as "Defendants"), by and through their undersigned counsel, hereby file this Stipulation of Voluntary Dismissal With Prejudice of all claims against Defendants Mauricio Morillo and Sula Beachwear Corp. in the instant action. Plaintiff and Defendants shall bear their own respective costs and fees in connection with the instant action.

                                        Respectfully submitted,

Dated:  September 4, 2025              By: /s/ *Joseph V. Norvell*
                                    Joseph V. Norvell
                                    (admitted *pro hac vice*)
                                    James M. McCarthy
                                    (admitted *pro hac vice*)
                                    Katherine E. Sieve
                                    (admitted *pro hac vice*)
                                    NORVELL IP LLC
                                    P.O. Box 2461
                                    Chicago, Illinois 60690
                                    Telephone:     (888) 315-0732
                                    courts@norvellip.com

By: /s/ *Alejandro Brito*
Alejandro Brito
Cecilia Miranda
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, Florida 33134
Telephone:     (305) 614-4071
Facsimile:     (305) 440-4385
abrito@britopllc.com
apiriou@britopllc.com

Attorneys for Plaintiff
PEI LICENSING, LLC


By:      /s/ *David D. Lin*
Roberto Ledesma
David D. Lin (admitted pro hac vice)
Anna Iskikian (admitted pro hac vice)
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Telephone: (718) 243-9323
Facsimile: (718) 243-9326
roberto@ilawco.com
david@ilawco.com
anna@ilawco.com

Attorneys for Defendants

2